IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| FIVET GROUP AG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-1407 |
| ) | |
| ) | |
| LIONCAP GLOBAL MANAGEMENT LLC ) | |
| and MARLON RANDELL MULLER, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter comes before the Court on the Proposed Findings of Fact and Recommendations of the Magistrate Judge dated June 17, 2025.

Based on a <u>de</u> <u>novo</u> review of the evidence in this case, having reviewed the Proposed Findings of Fact and Recommendations, and having received no objections thereto, it appears to the Court that the Magistrate Judge's Proposed Findings of Fact and Recommendations is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge, and it is hereby

ORDERED that default judgment is GRANTED-IN-PART and DENIED-IN-PART as to Defendants Marlon Muller and LionCap Global Management;

1

It is further ORDERED that the Motion for Default Judgment is GRANTED as to Defendant Muller on Count I (Breach of Contract—Promissory Note);

It is further ORDERED that the Motion for Default Judgment is GRANTED as to Defendant LionCap only on Count II (Breach of Contract—SPA);

It is further ORDERED that Plaintiff is AWARDED $696,402.53 in compensatory damages and $156,833.67 in pre-judgment interest as to Count I, for which Miller alone is liable;

It is further ORDERED that Plaintiff is AWARDED $500,000 in compensatory damages and $108,986.30 in pre-judgment interest as to Count II, for which LionCap alone is liable;

It is further ORDERED that Plaintiff is AWARDED $13,096.05 in attorneys' fees and $5,422.33 in costs pursuant to Count I, for which Muller alone is liable;

It is further ORDERED that Plaintiff is AWARDED post-judgment interest on this Court's entire award of damages, interest, and fees and costs, pursuant to 28 U.S.C. § 1961(a). Each Defendant is liable for only the post-judgment interest attributable to the portion of this Court's award of damages, pre-judgment interest, and fees and costs for which they are severally liable, as stated above;

2

It is further ORDERED that Plaintiff's Motion for Default Judgment is DENIED in all other respects, and this matter is DISMISSED in all other respects.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
July 7, 2025